### VANDIVER *v.* ASSOCIATED CHARITIES OF AUGUSTA.

EVANS, P. J. Where the custody of a female infant of a prostitute, legally adopted by a woman who at the time was a keeper of a brothel, was awarded by the ordinary, on habeas corpus, to an incorporated benevolent society, and no exception was taken to the judgment; and where, within two months thereafter, the foster mother sued out, before the judge of the superior court, a writ of habeas corpus, on the ground that since the former proceeding she had abandoned her immoral life, and was a proper person to be intrusted with the care of the infant; and a trial was had, and, from the evidence adduced thereon, it appears that the judge did not abuse his discretion in refusing to award the infant to the foster mother, his judgment will not be disturbed. See *Hunter* v. *Dowdy*, 100 *Ga.* 644 (28 S. E. 387).

*Judgment affirmed. All the Justices concur.*

Argued December 2, 1907.—Decided March 27, 1908.

Habeas corpus. Before Judge Hammond. Richmond superior court. July 23, 1907.

*J. W. Burch Jr.* and *Salem Dutcher,* for plaintiff.

*Archibald Blackshear,* for defendant.